UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____
:
Anne Snyder, :
 :
: Civil Action No.: 1:13-cv-01021-GJQ
            Plaintiff, :
    v. :
 :
GE Capital Retail Bank, :
 :
            Defendant. :
_____:

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against GE Capital Retail Bank with prejudice and without costs to any party.

| Anne Snyder | GE Capital Retail Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Timothy R. Carraher |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Tel: (203) 653-2250<br>Email: slemberg@lemberglaw.com<br>Attorney for Plaintiff | Timothy R. Carraher<br>REED SMITH LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>Tel: (312) 207-1000<br>Email: tcarraher@reedsmith.com<br>Attorney for Defendant |

 /s/ Gordon J. Quist      Dated:  August 15, 2014
SO ORDERED
  GORDON J. QUIST
  UNITED STATES DISTRICT JUDGE